No. 11-6907. Moises Carbajal Sanchez, aka Moises Carbajal Sanchez, aka Juan Tapia, aka Arturo Martinez-Ruiz, aka Moises Sanchez-Carbajal, aka Moises Carbajal, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 598, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8109.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 253.

No. 11-6909. Noble L. Bennett, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 598, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8118.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 11-6910. Derek Benton, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8110.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 639 F.3d 723.

No. 11-6911. Darryl Buck, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8270, ▪

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 437 Fed. Appx. 202.

No. 11-6915. Clarence Allen Torres, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8122.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 241.

No. 11-6916. Kane Christopher Wheeler, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8171.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 434 Fed. Appx. 831.

No. 11-6920. Godwin Asifo, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8111.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 445 Fed. Appx. 625.

No. 11-6921. Escanio Bicuna-Rios, aka Escanio Rios Bicuna, Petitioner v. United States.

565 U.S. 1044, 132 S. Ct. 599, 181 L. Ed. 2d 439, 2011 U.S. LEXIS 8154.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.